THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IAN SCOTT,** | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 2:23-cv-1027 |
| | : | Judge Michael H. Watson |
| **VEEVA SYSTEMS, INC.,** | : | Magistrate Judge Vascura |
| Defendant. | : | |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Now comes Jamie R. Bailey, Esq. and hereby respectfully moves this Court, pursuant to Local Rule 83.4(b) for leave to withdraw as counsel of record for Plaintiff in the above-referenced case. A Memorandum in Support is attached hereto and incorporated herein.

Respectfully submitted,

/s/ *Jamie R. Bailey*
Jamie R. Bailey (0099789)
(Jamie@thefriedmannfirm.com)
Rachel Sabo Friedmann (0089226)
(*Rachel@thefriedmannfirm.com*)
**The Friedmann Firm LLC**
3740 Ridge Mill Dr
Hilliard, OH 43026
614-610-9756 (Phone)
614-737-9812 (Fax)

**MEMORANDUM IN SUPPORT**

Jamie R. Bailey, Esq. respectfully requests the Court to allow her to withdraw as counsel of record for Plaintiff in the above-referenced case. Jamie R. Bailey, Esq. will no longer be employed at the law firm The Friedmann Firm LLC as of January 31, 2024; and is therefore no longer eligible to represent the Plaintiff. Accordingly, Jamie R. Bailey, Esq. moves this Court for an order permitting her to withdraw as counsel of record for Plaintiff.

Rachel Sabo Friedmann, Esq. will remain on the case as counsel, and Dominick A. Kocak, Esq. will remain on the case as lead counsel. The Plaintiff has been made aware of Ms. Bailey's departure pursuant to Local Rule 83.4(b). Opposing counsel Douglas M. Oldham, Esq. and Mark W. Wallin, Esq. have been made aware of Ms. Bailey's departure pursuant to Local Rule 83.4(b).

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

I further hereby certify that a copy of the foregoing Motion to Withdraw as Counsel and Memorandum in Support is being sent via electronic mail, this 23rd day of January 2024, to the Named Plaintiff.

/s/ Jamie R. Bailey, Esq.
Jamie R. Bailey (0099789)