# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IAN SCOTT,** | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 2:23-cv-01027-MHW-CMV |
| **VEEVA SYSTEMS, INC.,** | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE MEDIATION

The parties hereby jointly move this Honorable Court for an Order continuing the mediation, which is currently scheduled for the month of March. The parties have conferred and wish to postpone any mediation to May 2024, after the parties have had further opportunity to conduct additional discovery. The parties believe that a March mediation would not be fruitful given their respective positions.

Respectfully submitted,

/s/ *Dominick A. Kocak*

Rachel Sabo Friedmann (0089226)
Rachel@thefriedmannfirm.com
Dominick A. Kocak (0102165)
Dominick@thefriedmannfirm.com
**The Friedmann Firm LLC**
**(614) 610-9757**
3740 Ridge Mill Dr.
Hilliard, Ohio 43026

Attorneys for Plaintiff

/s/ *Douglas M. Oldham*

Douglas M. Oldham
douglas.oldham@btlaw.com
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
Telephone: (614) 628-0096
Facsimile: (614) 628-1433

Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon counsel for Defendant, at the email addresses below, this 7th day of February 2024:

douglas.oldham@btlaw.com

                                               /s/ *Rachel Sabo Friedmann*
                                               Rachel Sabo Friedmann (0089226)