# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Ian Scott,

    Plaintiff,

v.

Veeva Systems, Inc.,

    Defendant.

Case No. 2:23-cv-1027

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

In response to the Court's Opinion and Order requiring the parties to engage in mediation again before the Court sets this case for trial, ECF No. 25, the parties have submitted a joint notice requesting the Court appoint James A. King of Porter Wright Morris & Arthur LLP as mediator. *See* ECF No. 26.

Accordingly, the Court again **APPOINTS** James A. King as mediator to this case. The parties are **ORDERED** to confer with the mediator within **fourteen days** of this Order to set a date, time, and location for mediation, and shall conduct mediation **within sixty days** of this Order. The parties are **ORDERED** to file a joint notice, proposing next steps, within **three days** of the conclusion of mediation.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**