# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IAN SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-01027-MHW-CMV |
| VEEVA SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## AGREED STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ian Scott and Defendant Veeva Systems, Inc., through their respective counsel, hereby stipulate to the entry of an Order granting Plaintiff a voluntary dismissal of his claims against Defendant with prejudice and without the assessments of costs or attorneys' fees against either party.

DATED: September 24, 2024

Respectfully Submitted,

By: */s/ Dominick A. Kocak*
Rachel Sabo Friedmann
Dominick A. Kocak
The Friedmann Firm LLC
3740 Ridge Mill Dr.
Hilliard, OH 43026
rachel@thefriedmannfirm.com
dominick@thefriedmannfirm.com

*Attorneys for Plaintiff*

By: */s/ Douglas M. Oldham*
Mark W. Wallin (appearing *pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois  60606
(312) 357-1313
mwallin@btlaw.com

Douglas M. Oldham
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
(614) 628-0096
doldham@btlaw.com

*Attorneys for Defendant*